Fill in this information to identify the case:

Debtor: Oxbridge Coins, Inc.
United States Bankruptcy Court for the: Northern District of California (State)
Case number (If known): 18-31040 DM 11

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

**2.1**
Priority creditor's name and mailing address:
Lena Wilder
c/o Oxbridge Coins, Inc.
2115 Van Ness Avenue
San Francisco, CA 94109

Date or dates debt was incurred: _____

Last 4 digits of account number: 6 0 9 8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 5 )

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Employee Wages

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: $385.00
Priority amount: $385.00

**2.2**
Priority creditor's name and mailing address:
Boris Tarkovsky
c/o Oxbridge Coins, Inc.
2115 Van Ness Avenue
San Francisco, CA 94109

Date or dates debt was incurred: _____

Last 4 digits of account number: 5 8 3 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 5 )

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: $1,250.00
Priority amount: $1,250.00

**2.3**
Priority creditor's name and mailing address:
Michal Misniowski
c/o Oxbridge Coins, Inc.
2115 Van Ness Avenue
San Francisco, CA 94109

Date or dates debt was incurred: _____

Last 4 digits of account number: ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 5 )

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Employee Wages

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: $400.00
Priority amount: $400.00

# Part 1. Additional Page

| | Total claim | Priority amount |
|---|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

---

**2._** Priority creditor's name and mailing address

Ekchenguer, Iulia
~~c/o Oxbridge Coins, Inc.~~
~~2115 Van Ness Avenue~~
San Francisco, CA 94109

$ 625.00     $ 625.00

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Employee wages

Last 4 digits of account number  7 8 6 2

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 5 )

---

**2._** Priority creditor's name and mailing address

Michael Johnson
~~c/o Oxbridge Coins, Inc.~~
~~2115 Van Ness Avenue~~
San Francisco, CA 94109

$ 1,045.00    $ 1,045.00

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Employee wages

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 5 )

---

**2._** Priority creditor's name and mailing address

Rostislav Polyak
~~c/o Oxbridge Coins, Inc.~~
~~2115 Van Ness Avenue~~
San Francisco, CA 94109

$ 2,300.00    $ 2,300.00

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Employee Wages

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 5 )

---

**2._** Priority creditor's name and mailing address

Vadim Polyak
~~c/o Oxbridge Coins, Inc.~~
~~2115 Van Ness Avenue~~
San Francisco, CA 94109

$ 2,300.00    $ 2,300.00

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Employee Wages

Last 4 digits of account number  8 0 9 3

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 5 )

**Part 2: List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address** <br> Dollars and Cents <br> 128 East Main Street <br> Rochester, IL 62563 <br><br> Date or dates debt was incurred: August, 2018 <br> Last 4 digits of account number: ____ ____ ____ ____ | As of the petition filing date, the claim is: <br> Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: Trade debt. <br><br> Is the claim subject to offset? <br> ☑ No <br> ☐ Yes | $ 19,762.00 |
| **3.2** | **Nonpriority creditor's name and mailing address** <br> Alex & Son Coins <br> 1413 Grant Avenue <br> Novato, CA 94945 <br><br> Date or dates debt was incurred: January, 2018 <br> Last 4 digits of account number: ____ ____ ____ ____ | As of the petition filing date, the claim is: <br> Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: Trade debt. <br><br> Is the claim subject to offset? <br> ☑ No <br> ☐ Yes | $ 50,000.00 |
| **3.3** | **Nonpriority creditor's name and mailing address** <br> Vadim Kozlov <br> 2400 Angel Lane <br> South San Francisco, CA 94080 <br><br> Date or dates debt was incurred: June, 2018 <br> Last 4 digits of account number: ____ ____ ____ ____ | As of the petition filing date, the claim is: <br> Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: Trade Debt <br><br> Is the claim subject to offset? <br> ☑ No <br> ☐ Yes | $ 100,000.00 |
| **3.4** | **Nonpriority creditor's name and mailing address** <br> Dillon Gage, Inc. <br> 15301 Dallas Parkway 200 <br> Addison, TX 75001 <br><br> Date or dates debt was incurred: <br> Last 4 digits of account number: ____ ____ ____ ____ | As of the petition filing date, the claim is: <br> Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: Trade Debt <br><br> Is the claim subject to offset? <br> ☑ No <br> ☐ Yes | $ 134,000.00 |
| **3.5** | **Nonpriority creditor's name and mailing address** <br> Florida Gold Coin Exchange <br> 22509 Hale Road <br> Land O Lakes FL 34639 <br><br> Date or dates debt was incurred: May 2018 <br> Last 4 digits of account number: ____ ____ ____ ____ | As of the petition filing date, the claim is: <br> Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: Trade Debt <br><br> Is the claim subject to offset? <br> ☑ No <br> ☐ Yes | $ 75,000.00 |
| **3.6** | **Nonpriority creditor's name and mailing address** <br> Chase, Inc. <br> P.O. Box 15123 <br> Wilmington, DE 19850-5298 <br><br> Date or dates debt was incurred: <br> Last 4 digits of account number: 2 1 6 3 ____ | As of the petition filing date, the claim is: <br> Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: Trade credit card. <br><br> Is the claim subject to offset? <br> ☑ No <br> ☐ Yes | $ 14,270.00 |

Debtor  Oxbridge Coins, Inc.  
Name

Case number (*if known*) 18-31040 DM 11

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.___  **Nonpriority creditor's name and mailing address**

_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed
❑ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
❑ No
❑ Yes

$_____

---

3.___  **Nonpriority creditor's name and mailing address**

_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
❑ No
❑ Yes

$_____

---

3.___  **Nonpriority creditor's name and mailing address**

_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
❑ No
❑ Yes

$_____

---

3.___  **Nonpriority creditor's name and mailing address**

_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
❑ No
❑ Yes

$_____

---

3.___  **Nonpriority creditor's name and mailing address**

_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
❑ No
❑ Yes

$_____

Official Form 206E/F  Schedule E/F: Creditors Who Have Unsecured Claims  page ___ of ___

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors. If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Kinry and Associates LLC<br>2000 Van Ness Ave, Suite 400<br>San Francisco, CA 94109 | Line ____<br>☑ Not listed. Explain ____<br>Landlord's Rep. | _ _ _ _ |
| 4.2. | SurePayroll<br>2350 Ravine Way, Suite 100<br>Glenview, IL 60025 1-877-956-SURE | Line ____<br>☑ Not listed. Explain ____<br>Debtr's Payroll Svcs. Prov | _ _ _ _ |
| 4.3. | Sure401K<br>ePlan Services, Inc.<br>4300 Kittredge St., Suite 100<br>Denver, CO 80239 | Line ____<br>☑ Not listed. Explain ____<br>Plan Administrator | _ _ _ _ |
| 4.4. | Anthem Blue Cross<br>120 Manument Circle<br>Indianapolis, IN 46204 | Line ____<br>☑ Not listed. Explain Health Insur.<br>Provider | 7 9 1 2 |
| 4.5. | Willis of New York<br>11 East 44th Street Suite #600<br>Michael Pearl New York, NY 10017 | Line ____<br>☑ Not listed. Explain ____<br>Coin Insurance Provider | 8 1 8 6 |
| 4.6. | RingCentral<br>3002, 20 Davis Drive<br>Belmont, CA 94002 | Line ____<br>☑ Not listed. Explain ____<br>Telephony Services Prov. | 2 6 4 6 |
| 4.7. | Data Age Software<br>14450 46 th St. N. #108<br>Clearwater, FL 33762 | Line ____<br>☑ Not listed. Explain ____<br>Fingerprint Svcs. Provider | 4 7 8 7 |
| 4.8. | CCE<br>P.O.Box 6280<br>Newport Beach, CA 92658 | Line ____<br>☐ Not listed. Explain ____<br>Coin Exchange Svcs Prov. | _ _ _ _ |
| 4.9. | Sprint<br>P.O. Box 54977<br>Los Angeles, CA 90054 | Line ____<br>☑ Not listed. Explain ____<br>Bus. Cell Phone Svcs. Prov. | 7 3 1 9 |
| 4.10. | PG&E<br>77 Beale St<br>San Francisco, Ca 94105 | Line ____<br>☑ Not listed. Explain ____<br>Utility | 301-4 |
| 4.11. | Uline Shipping Supplies<br>12575 Uline Drive<br>Pleasant Prairie, WI 53158 | Line ____<br>☑ Not listed. Explain ____<br>Bus. Shpng. Supp. Prov. | 6 9 0 0 |
| 4.12. | Bay Alarm<br>510 Myrtle Ave<br>South San Francisco, CA 94080 | Line ____<br>☑ Not listed. Explain ____<br>Alarm Svcs. Provider. | 2 9 2 6 |

Debtor: Oxbridge Coins, Inc.  
Case number (if known): 18-31040 DM 11

## Part 3: Additional Page for Others to Be Notified About Unsecured Claims

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.__ Toshiba<br>P.O. Box 51043<br>Los Angeles, CA 90051-5343 | Line ____<br>☑ Not listed. Explain ____<br>Copier Svcs. Prov. | 0 - 0 0 2 |
| 4.__ NGC<br>5501 Communication Pkwy<br>Sarasota, FL 34240-8474 | Line ____<br>☑ Not listed. Explain ____<br>Coin Grading Srvcs. Prov. | __ __ __ __ |
| 4.__ PCGS<br>1921 E. Alton Pkwy<br>Santa Ana, CA 92705 | Line ____<br>☑ Not listed. Explain ____<br>Coin Grading Srvcs. Prov. | __ __ __ __ |
| 4.__ Comcast<br>CT Corporation System<br>111 Eigth Ave 13th Fl<br>New York NY 10011 | Line ____<br>☑ Not listed. Explain ____<br>Cable Svcs Prov | __ __ __ __ |
| 4.__ FedEx<br>CT Corporation System<br>111 EIGHTH AVE 13TH FL<br>NEW YORK NY 10011 | Line ____<br>☑ Not listed. Explain ____<br>Express Delivery Svcs. Prv. | __ __ __ __ |

Debtor  Oxbridge Coins, Inc.                              Case number (*if known*) 18-31040 DM 11
       Name

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 8,305.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 393,032.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 401,337.00 |

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page ___ of ___